THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JACOB J. SCHLUND, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

In the Matter of the Petition of RALPH SHULMAN, Respondent, to Have Determined and Enforced an Attorney's Lien against ALBANY SAVINGS BANK, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

### (March 21, 1940.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH LORRAINE, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Auburn, N. Y., Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

GEORGE M. WOOD, Respondent, v. HARRIET C. MAITLAND, Defendant, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Judgment modified on the law and as modified affirmed, without costs of this appeal to either party. Certain finding of fact and conclusion of law disapproved and reversed and new finding and conclusion made. All concur. (The judgment adjudges plaintiff to be the owner of disputed land and entitled to possession thereof.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

WENDELL J. O'BRIEN, an Infant, by FREDERICK J. O'BRIEN, His Guardian ad Litem, and Others, Respondents, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs. Memorandum: The court correctly charged the jury just before it retired for deliberation that if it were found as a fact " that there never was any intent or that there was no intent at the time this bond was entrusted by the Fidelity & Deposit Company to Mr. Cohen, that it should be used as a valid bond for the purposes for which it was written unless the collateral was put up, that the verdict of the jury must be for the defendant." There is not any evidence in this case from which it could be found that there was any intention that the bond should be used before and until the collateral was put up. Therefore, the verdict of the jury is contrary to the evidence and the defendant's motion for a nonsuit should have been granted. All concur. (The judgment is for plaintiffs in an action against a surety on an undertaking filed in attachment proceedings. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

ALBERT L. THELANDER, Respondent, v. MARGARET H. THELANDER, Appellant. — Interlocutory judgment affirmed, without costs of this appeal to either party. All concur. (The interlocutory judgment awards plaintiff an absolute divorce.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.